E-Filed 1/19/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MAXWELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DJAFFAR CHETOUANE, <br><br> Defendant. | Case No.  14-cv-02643-HRL <br><br> **ORDER SETTING STATUS CONFERENCE AND DIRECTING PLAINTIFFS TO FILE A STATUS REPORT** |

Plaintiffs Andrew Maxwell, Susan Imperial, and DHMM, LLC ("Plaintiffs") sue Defendant Djaffar Chetouane ("Defendant").  The Clerk of Court entered default against Defendant.  Plaintiffs moved the court for a judgment of default.  The court issued an interim order that required Plaintiffs to cure deficiencies in their motion.  Plaintiffs filed an amended motion for default judgment.  The court ruled that Plaintiffs had failed to follow the interim order because the amended motion still contained the defects the court had ordered them to cure, and for that failure the court denied the motion.  Dkt. No. 31.  There has been no activity on the docket since the court issued that order more than four months ago.

The court sets a status conference for February 23, 2016 at 1:30 p.m. in Courtroom 2 on the fifth floor of the federal courthouse at 280 South First Street in San Jose.  Plaintiffs shall file a status report no later than February 19, 2016 that states whether they intend to prosecute this case further and, if so, by when they intend to file a third motion for default judgment.

**IT IS SO ORDERED.**

Dated: 1/19/16

_____
HOWARD R. LLOYD
United States Magistrate Judge