E-Filed 2/11/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MAXWELL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DJAFFAR CHETOUANE,<br><br>　　　　Defendant. | Case No.  14-cv-02643-HRL<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Re: Dkt. No. 33 |

There was no activity in this case for more than four months after the court granted Plaintiffs leave to file a third motion for default judgment. The court therefore set a status conference for February 23, 2016 and ordered Plaintiffs to file a status report that states whether Plaintiffs intend to prosecute this case further. Dkt. No. 32.

Plaintiffs have responded that a fire destroyed the offices of Plaintiffs' counsel and that counsel have only recently been able to set up a temporary office and resume their work. Dkt. No. 33. Plaintiffs ask the court to continue the status conference by sixty days "to allow for . . . submission of a new motion seeking default judgment[.]"

The court continues the status conference to April 26, 2016. The court shall vacate the status conference if Plaintiffs file a motion for default judgment by April 22, 2016.

**IT IS SO ORDERED.**

Dated: 2/11/16

_____
HOWARD R. LLOYD
United States Magistrate Judge